Debra Healy Deem (Cal. Bar No. 89183)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
Email: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

\*\*E-filed 5/4/06\*\*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>JUSTIN BORZINI,<br><br>    Defendant. | Case No.: CV-05-00714 JF<br><br>Hon. Jeremy Fogel<br><br>**PLAINTIFF DIRECTV, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION OF PLAINTIFF DIRECTV, INC. FOR DEFAULT JUDGMENT AGAINST DEFENDANT JUSTIN BORZINI; [PROPOSED] ORDER THEREON**<br><br>Date:      May 5, 2006<br>Time:     9:00 a.m.<br>Courtroom   3, 5th Floor; |

///
///
///
///
///
///
///
///
///

1  Counsel for Plaintiff DIRECTV, INC., ("DIRECTV") respectfully requests that the Court
2  allow the telephonic appearance of counsel at the hearing of DIRECTV's Motion of for Default
3  Judgment Against Defendant Justin Borzini currently scheduled for May 5, 2005 at 9:00 a.m.
4  This request is made on the grounds that the attorneys primarily responsible for handling this
5  matter are located in Orange County, California, approximately 385 miles from the above-
6  referenced Court.  Personal appearance at the hearing would therefore cause an undue hardship on
7  DIRECTV.  If granted, Brandon Q. Tran will appear for the hearing and may be reached at (949)
8  224-6277.

DATED: May 1, 2006                     BUCHALTER NEMER
                                       A Professional Corporation


                                       By:     /s/ Brandon Q. Tran
                                               Brandon Q. Tran
                                       Attorneys for Plaintiff DIRECTV, INC.


**ORDER**

Having reviewed the file and the request in this matter and for good cause appearing, **IT IS SO ORDERED** that the request to appear telephonically is hereby GRANTED.

Dated:  __5/4/06_____

                                       _____
                                       Honorable Jeremy Fogel
                                       United States District Court
                                       Northern District of California

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On May 1, 2006, I served the foregoing document described as: **PLAINTIFF DIRECTV, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION OF PLAINTIFF DIRECTV, INC. FOR DEFAULT JUDGMENT AGAINST DEFENDANT JUSTIN BORZINI; [PROPOSED] ORDER THEREON** on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

Justin Borzini
218 Beech
Greenfield, CA 93927

**(Defendant)**

**[X]     BY OVERNIGHT DELIVERY**   I placed the Federal Express/Overnite Express package for overnight delivery in a box or location regularly maintained by Federal Express/Overnite Express at my office, or I delivered the package to an authorized courier or driver authorized by Federal Express/Overnite Express to receive documents. The package was placed in a sealed envelope or package designated by Federal Express/Overnite Express with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence.

**[X]**     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 1, 2006, at Irvine, California.


Joanne D. Mealey-Hatch                    /s/ Joanne D. Mealey-Hatch
                                                     (Signature)

BN 840782v1                         3                         (CV-05-00714 JF)

**PLAINTIFF DIRECTV, INC.'S REQUEST FOR TELEPHONIC APPEARANCE**

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.